IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK10-43797-TJM |
| | ) | |
| WHITE FARMS TRUCKING, INC., | ) | CH. 11 |
| | ) | |
| Debtor(s). | ) | |

<u>ORDER</u>

      Hearing was held in Lincoln, Nebraska, on April 13, 2011, regarding Filing #103, Ex Parte Motion for Relief from Order, filed by the debtor, and Filing #109, Joinder in Debtor's Ex Parte Motion for Relief from Order, filed by People's United Equipment Finance Corp.; Filing #118, Objection to Debtor's Ex Parte Motion, filed by Integrated Freight Corporation and Triple C Transport, Inc.; and Filing #120, Objection to People's United Equipment Finance Corp. Joinder to Debtor's Ex Parte Motion filed by Integrated Freight Corporation and Triple C Transport, Inc. Patrick Turner and Robert V. Ginn appeared for the debtors, Thomas Ashby appeared for People's United Equipment Finance Corp., Shawn Carver appeared for PPL Group, Angela Boyer and Richard Berkshire appeared for Integrated Freight Corporation and Triple C Transport, Inc., David J. Skalka appeared for Navistar Financial Corporation, Mike Mullen appeared for Craig and Bonnie White, Mike Schleich appeared for Mericap Funding, and Richard Garden appeared for SCC Equipment Finance.

      The motion is granted. IFC and Triple C have no right to possession of the trucking units. The debtor is the owner. The secured parties have security interests in the equipment. Mr. White is hereby authorized to contact drivers and take any lawful action to repossess the property of the debtor.

      IT IS ORDERED that the Ex Parte Motion for Relief from Order, Filing #103, and the Joinder in Debtor's Ex Parte Motion for Relief from Order, Filing #109, are granted.

      DATED:      April 15, 2011

                                          BY THE COURT:

                                          /s/ Timothy J. Mahoney
                                          United States Bankruptcy Judge

Notice given by the Court to:
   *Patrick Turner        Richard Berkshire
   *Robert Ginn          David J. Skalka
   Thomas Ashby        Richard Garden
   Shawn Carver         Mike Mullen
   Angela Boyer         Mike Schleich

Movants (*) is responsible for giving notice to other parties if required by rule or statute.